# United States District Court
## Violation Notice

CVB Location Code: MN8

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3220576 | Wickenhaser | 4261 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 8/23/2013  2320 | 1.218b 35 |

Place of Offense: HWY 55 NB / 540 St E

Offense Description: Factual Basis for Charge

Operation of vehicle in a reckless or unsafe manner

HAZMAT ☐

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| ADIGWE | IFECHIDE | C |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 622 LWG | MN | 02 | HYU Sant | | Blu |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100    Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 125.00 Total Collateral Due

**YOUR COURT DATE**

X Defendant Signature: Refused to Sign

(Rev. 01/2011)  Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident